UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  15-80812-Civ-Rosenberg/Brannon

CELIO HERNANDEZ-SABILLON,

      Plaintiff,

vs.

NATURALLY DELICIOUS, INC., *et al.*,

      Defendant.

_____/

## <u>ORDER MEMORIALIZING COURT'S RULING<br>AT DISCOVERY HEARING</u>

THIS CAUSE is before the Court following a discovery hearing held on September 8, 2015.  At issue was the scheduling of depositions and the proper scope of inquiry at Plaintiff's deposition.  Having considered argument of counsel and for the reasons stated more fully at the hearing, the Court ORDERS AND ADJUDGES as follows:

1.     The parties and their counsel shall abide by the following deposition schedule:

        September 23, 2015—Plaintiff

        September 24, 2015—Defendant Arthur Price, and Defendant Naturally Delicious, Inc.'s via its Rule 30(b)(6) corporate representative

        September 29, 2015—Karen Vanegas

        October 1-2, 2015—Exetil Clairister and Jean Wichelet

    Each deposition shall occur on the above dates, with counsel to amicably and mutually agree to a reasonable time and place for each.

2.     By 5:00 p.m. on September 10, 2015, defense counsel shall file a legal memorandum of 15 pages or less regarding the proper scope of inquiry at Plaintiff's upcoming deposition.  The memorandum shall specify the intended

1

2

general areas of inquiry for the deposition, together with citation to legal authority justifying each such area of inquiry.  Plaintiff shall file a response of 15 pages or less by 5:00 p.m. on September 14, 2015.  The response shall identify disputed proposed areas of inquiry, together with citation to supporting legal authority.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 9th day of September, 2015.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE