UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  15-80812-Civ-Rosenberg/Brannon

CELIO HERNANDEZ-SABILLON,

 Plaintiff,

vs.

NATURALLY DELICIOUS, INC., *et al.*,

 Defendants.

                /

## ORDER MEMORIALIZING COURT RULINGS AND IMPOSITION OF SANCTIONS AT DISCOVERY HEARING

THIS CAUSE is before the Court following a discovery hearing held on September 22, 2015.  At issue was Plaintiff's counsel's alleged failure to comply with the Court's prior order (DE 39) requiring that he forthwith provide defense counsel with the identity of Plaintiff's employers subsequent to the period of Plaintiff's claim.  Also at issue was the timing of the Court-ordered inspection of Defendant's business premises.

The above disputes were resolved at the hearing.  In addition, the Court sanctioned Plaintiff's counsel for his admitted failure to comply with the Court's prior order.  This Order serves to memorialize the Court's rulings.

Accordingly, the Court ORDERS AND ADJUDGES as follows:

1. As confirmed by defense counsel during the hearing, the Court acknowledges Plaintiff's untimely submission of an email to defense counsel with the required information about Plaintiff's prior employers.

2. As a sanction for failing to timely comply with the Court's order requiring that the above information be submitted forthwith to defense counsel, Plaintiff's counsel shall

1

not be permitted to bill Plaintiff for any of his time spent preparing for and attending today's discovery hearing, including any time spent with regard to docket entries 41, 42, 43, and 44.

3.   Counsel for the parties shall ensure that the Court-ordered inspection of Defendant's business premises (for two hours or less during normal business hours) is completed before the status conference before U.S. District Judge Rosenberg set for October 8, 2105, at 8:30 A.M. (DE 17).

4.   The Court GRANTS Defendant's Motion to Strike (DE 42).  Plaintiff's Notice (DE 41) shall be STRICKEN from the record as it bears zero relevance to the discovery matters at hand and because it was filed in direct contravention of the Court's standing discovery order.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 22nd day of September, 2015.

DAVE  LEE BRANNON
U.S. MAGISTRATE JUDGE