**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 15-CV-80812-ROSENBERG/BRANNON**

CELIO HERNANDEZ-SABILLON,

       Plaintiff,

vs.

NATURALLY DELICIOUS, INC.,
ARTHUR PRICE,
HEALTHWISE BAKERY, LLC,
PABLO E. ARAUJO,

       Defendants.

_____/

**FINAL JUDGMENT**

**THIS CAUSE** is before the Court following a jury trial, which began January 11, 2016 and concluded January 13, 2016. The jury returned a verdict in favor of Defendants Naturally Delicious, Inc. and Arthur Price. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Naturally Delicious, Inc. and Arthur Price and against Plaintiff Celio Hernandez-Sabillon, who shall take nothing by this action. The Court reserves jurisdiction to resolve any matters involving the assessment or calculation of costs and/or attorneys' fees.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 14th day of January, 2016.

**ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE**

Copies:
Counsel of Record