UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-CV-80812-ROSENBERG/BRANNON

CELIO HERNANDEZ-SABILLON,

       Plaintiff,

vs.

NATURALLY DELICIOUS, INC. and
ARTHUR PRICE,

       Defendants.

_____/

## VERDICT

Do you find from a preponderance of the evidence:

1.     That Celio Hernandez-Sabillon was an employee of Naturally Delicious, Inc. and Arthur Price?

Answer Yes or No       _NO_____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2.     That Naturally Delicious, Inc. and Arthur Price failed to pay Celio Hernandez-Sabillon the overtime wages required by law?

Answer Yes or No       _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3.      That Celio Hernandez-Sabillon should be awarded damages?

Answer Yes or No                    _____

        If your answer is "Yes," in what amount? $ _____

        SO SAY WE ALL.

Date: _13th January 2016_          _____
                                   FOREPERSON'S SIGNATURE