UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  15-80812-Civ-Rosenberg/Brannon

CELIO HERNANDEZ-SABILLON,

     Plaintiff,

vs.

NATURALLY DELICIOUS, INC., *et al.*,

     Defendants.

                                 /

## ORDER IMPOSING SANCTIONS FOR DISCOVERY MISCONDUCT

THIS CAUSE is before the Court following a sanctions hearing held on February 17, 2016.  After hearing from counsel regarding the apparent discovery misconduct that occurred previously in this FLSA lawsuit, the Court sanctioned the lead attorneys of record for Plaintiff and Defendants under the authority of Rule 37.  There is no need to belabor the details. Suffice it to say that these attorneys acted untoward in the discovery phase of this case as is reflected more fully in the sanctions hearing transcript.

As the Eleventh Circuit has aptly observed, "[s]anctions exist, in part to remind attorneys that service to their clients must coexist with their responsibilities toward the court, toward the law and toward their brethren [and sistren] at the bar."  Devaney v. Cont'l Am. Ins. Co., 989 F.2d 1154, 1162 (11th Cir. 1993).  With this observation in mind and being otherwise fully advised in the premises, the Court

ORDERS AND ADJUDGES that attorneys of record, Mr. Elliott Kozolchyk and Mr. Peter Mavrick, are hereby sanctioned as follows for their discovery misconduct.  Both attorneys shall perform volunteer work at a facility that feeds the less fortunate of our

1

community.  Mr. Kozolchyk shall complete a total of 6 hours and Mr. Mavrick shall complete a total of 3 hours.  Such volunteer work shall be completed by April 29, 2016.  By May 4, 2016, Mr. Kozolchyk and Mr. Mavrick shall each (1) file a notice in the record certifying compliance with this Order's requirements, and (2) submit to Chambers (brannon@flsd.uscourt.gov) a candid letter stating what, if anything, the volunteer work experience meant to him in the grander scheme of things.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 18th day of February, 2016.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE