## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 15-CV-80812-ROSENBERG/BRANNON

**CELIO HERNANDEZ-SABILLON**,

Plaintiff,

vs.

**NATURALLY DELICIOUS, INC.,**
**ARTHUR PRICE,**
**HEALTHWISE BAKERY, LLC,**
**PABLO E. ARAUJO,**

Defendants.

_____/

### NOTICE OF COMPLIANCE WITH COURT ORDER [DE 127]

The undersigned counsel hereby provides notice of compliance with the Court's Order DE 127.

Respectfully submitted,

Mavrick Law Firm
Attorneys for Defendants
Naturally Delicious, Inc. and
Arthur Price
1620 West Oakland Park Boulevard
Suite 300
Fort Lauderdale, Florida  33311
Telephone: (954) 564-2246
Peter T. Mavrick, Esq.
E-mail: peter@mavricklaw.com
Victor M. Velarde, Esq.
E-mail: vvelarde@mavricklaw.com

BY: s/Peter T. Mavrick
Peter T. Mavrick
Florida Bar No.: 0083739
Victor M. Velarde
Florida Bar No.: 0105620

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by means of the Court's electronic filing system on May 1, 2016 on all counsel of record or parties on the attached service list.

BY: s/Peter T. Mavrick
Peter T. Mavrick
Florida Bar No.: 0083739

**SERVICE LIST**
Elliot Kozolchyk, Esq.
ekoz@kozlawfirm.com
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Attorney for Plaintiff

2